**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROBERT BRANDON MILLER** | **CRIMINAL NO. 23-135** |

## ORDER

**AND NOW,** this 4th day of January 2024, upon consideration of Defendant Robert Brandon Miller's Motion to Dismiss the Indictment [Doc. No. 14] and the government's response thereto, and after a hearing held before the Court on December 18, 2023, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**